1  PAUL B. BEACH, State Bar No. 166265
2  DENNIS M. GONZALES, State Bar No. 59414
   RAYMOND W. SAKAI, State Bar No. 193507
3  rsakai@lbaclaw.com
4  EMILY B. SUHR, State Bar No. 306658
   esuhr@lbaclaw.com
5  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
6  Glendale, California  91210-1219
   Telephone No. (818) 545-1925
7  Facsimile No. (818) 545-1937
8
   Attorneys for Defendant
9  COUNTY OF LOS ANGELES
10
11
                   **UNITED STATES DISTRICT COURT**
12
                   **CENTRAL DISTRICT OF CALIFORNIA**
13
14 | GERALD SAKAMOTO, *by and through Surviving heirs*; JANE MARIKO SAKAMOTO, an individual; MINDY TSUYORI SAKAMOTO BRINK, an individual; JASON KIYOSHI SAKAMOTO, an individual | ) Case No. 2:17-cv-03181 R (ASx) |
|---|---|
|  | ) |
|  | ) The Honorable Manuel L. Real |
|  | ) |
|  | ) **JUDGMENT IN FAVOR OF DEFENDANT COUNTY OF LOS ANGELES** |

                Plaintiffs,
           vs.
   COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF PASADENA; STATE OF CALIFORNIA; and DOES 1 - 65,
                Defendants.

///
///
///

1

SAKAMOTO\Proposed Judgment in favor of Defendant

Having taken Defendant County of Los Angeles' ("Defendant County") motion for summary judgment under submission on February 14, 2018, the Honorable Manuel L. Real having fully considered the evidence and issues presented and having entered an Order granting summary judgment as to all claims brought against Defendant County [Dckt. No. 92],

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs Estate of Gerald Sakamoto, Jane Mariko Sakamoto, Mindy Tsuyori Sakamoto Brink, and Jason Kiyoshi Sakamoto ("Plaintiffs") take nothing, that the action be dismissed on the merits in favor of Defendant County and that Defendant County shall recover its costs.

**IT IS SO ORDERED**.

Dated: April 11, 2018     _____
                          Honorable Manuel L. Real