| | |
|---|---|
| GERALD SAKAMOTO, *by and through Surviving heirs*; JANE MARIKO SAKAMOTO, an individual; MINDY TSUYORI SAKAMOTO BRINK, an individual; JASON KIYOSHI SAKAMOTO, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES and DOES 1 - 65,<br><br>Defendants. | Case No. 2:17-cv-03181-SVW-AS<br>Honorable Stephen V. Wilson<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P 41(a)(1)(A)(ii)] |

Per the stipulation by and between Plaintiffs GERALD SAKAMOTO, by and through Surviving heirs, JANE MARIKO SAKAMOTO, MINDY TSUYORI SAKAMOTO BRINK, and JASON KIYOSHI SAKAMOTO and Defendants COUNTY OF LOS ANGELES and STATE OF CALIFORNIA, through their respective counsel of record,

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed, with prejudice, in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The Parties are to bear their own fees and costs.

IT IS SO ORDERED.

Dated: September 30, 2022

_____
Stephen V. Wilson
United States District Judge

1

[Proposed] Dismissal Order

SAKAMOTO\